**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

STEVEN L. JOFFE, M.D.,                                      Case No. 26-cv-986 (KMM/LIB)

        Plaintiff,

v.                                                                              **ORDER**

U.S. DEPARTMENT OF HOMELAND
SECURITY AND IMMIGRATION and
CUSTOMS ENFORCEMENT,

        Defendants.

---

Before the Court is Plaintiff Steven L. Joffe, M.D.'s Motion for a Change of Venue "to the federal district court for the District of Columbia." (Dkt. 12.) Because the matter has been dismissed and judgment entered, "there is no case to transfer," *see Lasher v. Stavis*, No. 17-cv-6632 (JPO), 2018 WL 6521586, at *3 (S.D.N.Y. Dec. 12, 2018) (denying a motion to change venue that was filed after dismissal of the case), and the motion is **DENIED**. Although filing the case in a different district will not by itself remedy the jurisdictional issue noted in the Court's Order of Dismissal (Dkt. 10), Plaintiff Joffe may do so if he wishes because the dismissal here was "without prejudice."


Dated: March 31, 2026                          *s/Katherine M. Menendez*
                                           Katherine M. Menendez
                                           United States District Judge

1